# EXHIBIT "A"



# EXHIBIT "B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-116-919**
**Effective Date of Registration:**
August 23, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
    **For Photographs Published:** June 14, 2017 to December 31, 2017

## Title

        **Title of Group:** Beauty, 2017 Cont.
**Number of Photographs in Group:** 113

- **Individual Photographs:** TRU2247562, TRU2247529, TRU2247555, TRU2247548, TRU2247574, TRU2247580, TRU2247537, TRU2247578, TRU2247524, TRU2247568, TRU2247543, TRU2247571, TRU2247538, TRU2247526, TRU2247557, TRU2247551, TRU2247533, TRU2247545, TRU2247563, TRU2247566, TRU2248130, TRU2248120, TRU2248124, TRU2248146, TRU2248145, TRU2248142, TRU2248135, TRU2248139
  **Published:** June 2017

- **Individual Photographs:** TRU2247546, TRU2247558, TRU2247540, TRU2247534, TRU2247564, TRU2247527, TRU2247552, TRU2248150, TRU2248143, TRU2248151, TRU2248153, TRU2248152, TRU2248125, TRU2248148, TRU2248147, TRU2248149, TRU2248140, TRU2248122, TRU2248128, TRU2248132, TRU2248136
  **Published:** November 2017

- **Individual Photographs:** TRU2257664, TRU2257670, TRU2257668, TRU2257683, TRU2257681, TRU2257677, TRU2257679, TRU2257674, TRU2257666, TRU2257672, TRU2248134, TRU2257935, TRU2257941, TRU2248127, TRU2248123, TRU2248131, TRU2248138, TRU2257931, TRU2284940, TRU2284938, TRU2284936, TRU2284942, TRU2284934, TRU2284944, TRU2257932, TRU2257943, TRU2257949, TRU2257940, TRU2257983, TRU2257991, TRU2257965, TRU2257960, TRU2257955, TRU2248372, TRU2248368, TRU2248370, TRU2248133, TRU2248141, TRU2248129, TRU2248137, TRU2248121, TRU2248144, TRU2248126, TRU2257944, TRU2258053, TRU2257967, TRU2257999, TRU2258031, TRU2257986, TRU2258036, TRU2257937, TRU2257951, TRU2257956, TRU2257964, TRU2257978, TRU2258014, TRU2284939, TRU2284948, TRU2284937, TRU2284941, TRU2284945, TRU2284935, TRU2284947, TRU2284943
  **Published:** December 2017

## Completion/Publication

        **Year of Completion:** 2017
**Earliest Publication Date in Group:** June 14, 2017

| | |
|---|---|
| Latest Publication Date in Group: | December 31, 2017 |
| Nation of First Publication: | United States |

## Author

| | |
|---|---|
| Author: | Tamara Williams |
| Author Created: | photographs |
| Work made for hire: | No |
| Citizen of: | Germany |
| Domiciled in: | Germany |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Tamara Williams |
| | Schulzenfeldstraße 11, Adelberg 73099, Germany |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Trunk Archive |
| Name: | Lauren Kelly |
| Email: | lk@trunkarchive.com |
| Telephone: | (212)356-0099 |
| Address: | 190 Bowery |
| | New York, NY 10012 United States |

## Certification

| | |
|---|---|
| Name: | Joe G. Naylor |
| Date: | August 23, 2018 |
| Applicant's Tracking Number: | USCO-05216 |

| | |
|---|---|
| Copyright Office notes: | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

# EXHIBIT "C"



